**Order entered October 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01271-CV

### IN RE SENRICK WILKERSON, Relator

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00716**

## ORDER
Before Chief Justice Wright, Justice Bridges and Justice Stoddart

Before the Court is relator's letter dated October 14, 2015 in which he requests that the Court order the trial court to issue a bench warrant to transport the relator to Dallas County so that he can prepare for the trial of his civil case. We treat relator's letter as a petition for writ of mandamus. Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/  CRAIG STODDART
    JUSTICE